UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61800

ROBERT JOSE MORA ORIA,

Petitioner,

v.

WARDEN, BROWARD TRANSITIONAL CENTER, *et al.*,

Respondents.
_______________________________________/

**ORDER**

**THIS CAUSE** is before the Court upon Petitioner's Notice of Voluntary Dismissal (the "**Notice**"). (DE [9]). Advising the Court that he was granted voluntary departure by U.S. immigration authorities but that he is unable to voluntarily depart while this action pends, Petitioner moves to voluntarily dismiss his Petition. *Id.* Although Federal Rule of Civil Procedure 41(a)(1)(A)(i) requires a joint stipulation of dismissal since Respondents have responded in this case, *see* (DE [6]), the Court perceives no reason Respondents would oppose. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

1. This case is **DISMISSED**;
2. Should Respondents oppose dismissal, they must move for reconsideration of this Order by **September 18, 2026**;
3. The Clerk of Court is directed to **CLOSE** this case, **CANCEL** all deadlines and hearings, and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 15th day of September 2026.

Copies furnished counsel via CM/ECF

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE